BUCHALTER LLP
DYLAN W. WISEMAN (SBN: 173669)
BRIAN A. WEIKEL (SBN: 359632)
425 Market Street, Suite 2900
San Francisco, CA 94105
Telephone: 415.227.0900
Facsimile: 415.227.0770
Email: dwiseman@buchalter.com
bweikel@buchalter.com

Attorneys for Plaintiff
BELLINGHAM CAPITAL MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BELLINGHAM CAPITAL MANAGEMENT, INC., Washington Corporation,

Plaintiff,

vs.

FARTHER FINANCE, INC., a Delaware corporation; FARTHER FINANCE ADVISORS, LLC, a Delaware limited liability company; JOSEPH TAYLOR MATTHEWS, an individual; and DOES 1 through 20, inclusive,

Defendants.

Case No. 3:26-cv-06572-TSH

**[PROPOSED] ORDER GRANTING STIPULATION TO SHORTEN TIME TO RESPOND TO INITIAL COMPLAINT**

Judge: Hon. Thomas S. Hixson

Complaint Filed: June 29, 2026

Having considered the Stipulation to Shorten Time for Defendants FARTHER FINANCE, INC. ("Farther"), FARTHER FINANCE ADVISORS ("Farther Advisors"), and JOSEPH TAYLOR MATTHEWS ("Matthews") (collectively "Defendants") to Respond to the Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for Defendants to answer, move, object, or otherwise respond to Plaintiff BELLINGHAM CAPITAL MANAGEMENT, INC.'s ("Bellingham Capital" or "BCM") Complaint shorten to and including August 18, 2026.

DATED: August 10, 2026

By: ______________________________
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE